# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2024-1242
LT Case No. 2021-CF-030455-A

———————————————————

ARTHUR VAUGHN HARRIS,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

———————————————————

Petition for Writ of Habeas Corpus.
A Case of Original Jurisdiction.

Arthur Vaughn Harris, Jasper, pro se.

No Appearance for Respondent.

June 18, 2024

PER CURIAM.

The petition for writ of habeas corpus is dismissed. *See Richardson v. State*, 918 So. 2d 999, 1002-03 (Fla. 5th DCA 2006).

PETITION DISMISSED.

WALLIS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____